**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GILBERTO GONZALEZ-DIAZ, | Case No.: 2:26-cv-00413-APG-BNW |
| Petitioner | **Order Setting Briefing Schedule** |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents | |

    I ORDER that the respondents' response to petitioner Gilberto Gonzalez-Diaz's motion for temporary restraining order (ECF No. 8) is due by March 17, 2026. Gonazalez-Diaz's reply is due by March 19, 2026.

    DATED this 12th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE